| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>HLADIK, ONORATO & FEDERMAN, LLP<br>Danielle Boyle-Ebersole, Esquire<br>Attorney for Movant<br>298 Wissahickon Avenue<br>North Wales, PA 19454<br>(215) 855-9521<br>Attorneys for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT | |
| In Re:<br><br>Michael J. Bond and Jennfier Ann Bond a/k/a Jennifer Potts Bond | Case No: 24-10493-ABA<br><br>Hearing Date: 3/27/2024 at 10:00AM<br><br>Chapter: 13<br><br>Judge: Andrew B. Altenburg |

## OBJECTION TO CONFIRMATION OF THE PLAN

Movant, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtors, Michael J. Bond and Jennfier Ann Bond a/k/a Jennifer Potts Bond ("Debtors"), as follows:

1. As of the bankruptcy filing date of January 18, 2024, Movant holds a secured claim against the Debtor's property, located at: 136 Quaker Road, Pennsville, NJ 08070 (the "Property").

2. Movant is in the process of filing a Proof of Claim by the 03/27/2024 bar date, with an estimated secured claim in the amount of $21,481.64, and estimated pre-petition arrears in the amount of $160.92.

3. The proposed plan fails to treat or provide for Creditor's claim.

4. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5. The Plan violates of 11 U.S.C. § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

6. Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

**WHEREFORE**, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan.

Respectfully submitted,

Dated: 03/20/2024

/s/ Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 022792000
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone: 215-855-9521
Email: dboyle-ebersole@hoflawgroup.com
Attorney for Movant

2

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>HLADIK, ONORATO & FEDERMAN, LLP<br>Danielle Boyle-Ebersole, Esquire<br>Attorney for Movant<br>298 Wissahickon Avenue<br>North Wales, PA 19454<br>(215) 855-9521<br>Attorneys for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT | |
| In Re:<br><br>Michael J. Bond and Jennfier Ann Bond a/k/a Jennifer Potts Bond | Case No: 24-10493-ABA<br><br>Hearing Date: 3/27/2024 at 10:00AM<br><br>Chapter: 13<br><br>Judge: Andrew B. Altenburg |

**CERTIFICATION OF SERVICE**

1. I, Ashley Stranix:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Hladik, Onorato & Federman, LLP, who represents U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On March 20, 2024 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Objection to Confirmation of the Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: March 20, 2024                    /s/ *Ashley Stranix*
                                          Ashley Stranix

3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael J. Bond<br>Jennifer Ann Bond<br>136 Quaker Road<br>Pennsville, NJ 08070 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Erik L. Helbing, Esquire<br>Helbing law, LLC<br>109 West Broad Street<br>Tamaqua, PA 18252 | Debtors' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Andrew B. Finberg, Esquire<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.