UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
HLADIK, ONORATO & FEDERMAN, LLP
Danielle Boyle-Ebersole, Esquire
Attorney for Movant
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
Attorneys for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT

In Re:

Michael J. Bond and Jennfier Ann Bond a/k/a Jennifer Potts Bond

Case No.: 24-10493-ABA

Chapter: 13

Hearing Date: 08/14/2024 at 10:00AM

Judge: Andrew B. Altenburg

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☑ Withdrawn

Matter: Objection to Confirmation of Plan filed on 3/20/2024 at Doc #22.

_____

Date: 08/05/2024

/s/ Danielle Boyle-Ebersole, Esquire
Signature

*rev.8/1/15*